IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 22-22128-CMB |
| **James L. Stout and Pamela J. Stout,** | : | CHAPTER 13 |
| Debtors | : | |
| **US Bank Trust NA,** | : | Related to Claim No. 7 |
| Movant | : | |
| vs. | : | |
| **James L. Stout and Pamela J. Stout,** | : | |
| Respondents | : | |
| and | : | |
| **Ronda J. Winnecour, Chapter 13 Trustee,** | : | |
| Additional Respondent | : | |

### CERTIFICATE OF SERVICE

I, the undersigned Attorney of the law firm Willis & Associates, certify under penalty of perjury that I served a true copy of the **Declaration Regarding Mortgage Payment Change** on the parties on the attached Matrix via U.S. pre-paid postage mail or electronic mail where indicated:

Executed on: November 17, 2023

By: /s/ Lawrence Willis Esquire
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
Fax: 412.542.1704
lawrencew@urfreshstrt.com
Attorney for Debtors

**MATRIX**

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

James & Pamela Stout
1533 West Crawford Avenue
Connellsville, PA 15425

McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell GA 30076
Attn: Kinnera Bhoopal