IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Pamela J. Stout<br>James L. Stout<br>　　　　　Debtor(s) | CHAPTER 13 |
| US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust<br>　　　　　Movant<br>vs. | NO. 22-22128 CMB |
| Pamela J. Stout<br>James L. Stout<br>　　　　　Debtor(s) | 11 U.S.C. Section 362 |
| Ronda J. Winnecour<br>　　　　　Trustee | |

## STIPULATION AND ORDER

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the following Stipulation:

WHEREAS, US Bank Trust National Association, not in its Individual Capacity but Solely as Owner Trustee for VRMTG Asset Trust, has filed a motion for relief from stay due to delinquent mortgage payments on the mortgage secured by Debtors' real property at 1533 West Crawford Avenue, Connellsville, PA 15425. (Doc. 51);

WHEREAS, Debtor has filed a response opposing relief from the automatic stay (Doc. 55)

WHEREAS, the parties enter into this Stipulation to resolve the motion for relief from the automatic stay.

It is therefore Stipulated and agreed as follows:

1. Debtors shall file an Amended Chapter 13 Plan on or before 2/19/2024, capitalizing the arrears to the trustee in the plan. (Doc. 19)

2. The automatic stay is terminated as it affects the interests of the Movant with respect to 1533 West Crawford Avenue, Connellsville, PA 15425, provided however, that relief from stay is stayed in accordance with the conditions set forth in Paragraphs 5-8, below.

3. On a go-forward basis from and after the date of the Order approving this Stipulation, the Debtors shall timely make full plan payments to the Chapter 13 Trustee, on or before the date upon which the respective plan payment is due.

4. Time is of the essence as to all plan payments going forward.

5. For the duration of this bankruptcy case, in the event that the Chapter 13 Trustee has not received a full plan payment by the last day of the month in which the Debtors' payment is due, as indicated by the Chapter 13 Trustee's online records, then the stay provided in Paragraph 2, above, shall be vacated and the automatic stay unconditionally lifted as it affects the interests of the Movant with respect to Debtor's real property at 11533 West Crawford Avenue, Connellsville, PA 15425, upon the filing of a Certification of Default by Movant, without further hearing or without entry of an additional order, if Debtors have failed to cure the default fifteen (15) days after written notice of default to Debtors' counsel.

6. Relief from the automatic stay shall be effective immediately upon conversion of Debtors' case to a case under Chapter 7.

7. In the event that the automatic stay is terminated as provided by this Order, then the Trustee shall make no further disbursements to Respondent on account

of its secured claim, unless directed otherwise by further Order of Court.

Consented to by:

*/s/ Denise Carlon, Esquire*
Denise Carlon, Esquire
PA ID No. 317226
KML Law Group, P.C.
Attorney for Movant
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 216-627-1322
dcarlon@kmllawgroup.com

*/s/ Lawrence W. Willis Esquire*
Lawrence W. Ellis, Esquire
PA ID No. 85299
Willis & Associates
Attorney for Debtors
201 Penn Center Blvd Suite 310
Pittsburgh, PA 15235
ecf@westernpabankruptcy.com

*/s/ James C. Warmbrodt, Esquire*
James C. Warmbrodt, Esquire for
Ronda Winnecour, Esquire
Office of Chapter 13 Trustee, WDPA
Attorney ID 42524
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15235
cmecf@chapter13trusteewdpa.com

On this 12th day of February, 2024, it is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED and the hearing in this matter scheduled for 2/27/2024 at 1:30pm. is CANCELLED.

By the Court,

_____ J.

FILED
2/13/24 8:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
James L. Stout  
Pamela J. Stout  
    Debtors

Case No. 22-22128-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2  
Date Rcvd: Feb 13, 2024     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2024:**

**Recip ID**     **Recipient Name and Address**  
db/jdb     +   James L. Stout, Pamela J. Stout, 1533 West Crawford Ave, Connellsville, PA 15425-2311

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2024 at the address(es) listed below:

**Name**     **Email Address**

Andrew L. Spivack  
    on behalf of Creditor Portfolio Recovery Associates LLC, as assignee of Westlake Services, LLC ("PRA"), by and through it andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Denise Carlon  
    on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust dcarlon@kmllawgroup.com

Lawrence W. Willis  
    on behalf of Debtor James L. Stout ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lawrence W. Willis  
    on behalf of Joint Debtor Pamela J. Stout ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Mario J. Hanyon

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 13, 2024 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor Portfolio Recovery Associates  LLC, as assignee of Westlake Services, LLC ("PRA"), by and through it wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7