IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **Bankruptcy Number: 22-221258-CMB** |
| | : | |
| **James L. Stout and** | : | |
| **Pamela L. Stout,** | : | **Chapter 13** |
| | : | |
| **Debtors** | : | |

**CERTIFICATE OF SERVICE**

I, Lawrence Willis, Attorney of the law firm Willis & Associates, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order dated **January 24, 2025,** together with the above debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage Paid on the parties below:

**Wilson Forest Products LLC**
**PO Box 269**
**1216 Jefferson Road**
**Jefferson, PA 15344**
**Attn: Payroll Manager**

**James L. Stout**
**1533 West Crawford Avenue**
**Connellsville, PA 15425**

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: January 25, 2025

/s/ Lawrence W Willis, Esquire
Lawrence W. Willis
PA ID 85299
Willis & Associates
201 Penn Center Blvd
Suite 310
Pittsburgh, PA 15235
412-235-1721
Email: ecf@urfreshstrt.com