# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

09/09/2026

IN RE:

JAMES L. STOUT
PAMELA J. STOUT
1533 WEST CRAWFORD AVE
CONNELLSVILLE, PA 15425
XXX-XX-8025 Debtor(s)

XXX-XX-6545

Case No.22-22128 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. **Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above, will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee. If you believe your claim will be adversely impacted, you should object to this Notice.**

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/9/2026

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **SYNCHRONY BANK**** | Trustee Claim Number:1 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 3456 |
| PO BOX 41021 | | |
| | CLAIM: 0.00 | |
| NORFOLK, VA 23541 | COMMENT: CARE CREDIT/PRAE | |
| **MCCALLA RAYMER ET AL** | Trustee Claim Number:2 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| NATL BANKRUPTCY DEPT** | Court Claim Number: | ACCOUNT NO.: |
| 1544 OLD ALABAMA RD** | | |
| | CLAIM: 0.00 | |
| ROSWELL, GA 30076-2102 | COMMENT: US BANK/PRAE | |
| **CREDIT ACCEPTANCE CORP*** | Trustee Claim Number:3 INT %: 5.00% | CRED DESC: VEHICLE |
| ATTN: BANKRUPTCY DEPT* | Court Claim Number:2-2 | ACCOUNT NO.: 1043 |
| 25505 W 12 MILE RD STE 3000* | | |
| | CLAIM: 5,128.56 | |
| SOUTHFIELD, MI 48034-8339 | COMMENT: SURR/PL*DK*AMD CL=$0*W/35 | |
| **US BANK TRUST NA - OWNER TRUSTEE ET AL** | Trustee Claim Number:4 INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
| C/O FAY SERVICING LLC(*) | Court Claim Number:7 | ACCOUNT NO.: 1312 |
| PO BOX 814609 | | |
| | CLAIM: 0.00 | |
| DALLAS, TX 75381-4609 | COMMENT: RS/COE~STAYED*PMT/DECL*DK4LMT*BGN 11/22 | |
| **AUTO TRAKK LLC** | Trustee Claim Number:5 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 342 FAIRFIELD RD | Court Claim Number:3 | ACCOUNT NO.: 8050 |
| | CLAIM: 5,025.59 | |
| MONTOURSVILLE, PA 17754 | COMMENT: REPO/SCH*CL=LEASE | |
| **BERKS CREDIT & COLLECTIONS INC*++** | Trustee Claim Number:6 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 329 | Court Claim Number: | ACCOUNT NO.: 1339 |
| | CLAIM: 0.00 | |
| TEMPLE, PA 19560 | COMMENT: | |
| **CAPITAL ONE BANK USA NA** | Trustee Claim Number:7 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 30281 | Court Claim Number: | ACCOUNT NO.: 7121 |
| | CLAIM: 0.00 | |
| SALT LAKE CITY, UT 84130 | COMMENT: NT ADR/SCH | |
| **CAPITAL ONE BANK USA NA** | Trustee Claim Number:8 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 30281 | Court Claim Number: | ACCOUNT NO.: 1391 |
| | CLAIM: 0.00 | |
| SALT LAKE CITY, UT 84130 | COMMENT: NT ADR/SCH | |
| **CAPITAL ONE BANK USA NA** | Trustee Claim Number:9 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 30281 | Court Claim Number: | ACCOUNT NO.: 4931 |
| | CLAIM: 0.00 | |
| SALT LAKE CITY, UT 84130 | COMMENT: NT ADR/SCH | |
| **CAPITAL ONE BANK USA NA** | Trustee Claim Number:10 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 30281 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| SALT LAKE CITY, UT 84130 | COMMENT: NT ADR~NO$~NTC ONLY/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **CONVERGENT OUTSOURCING INC** | Trustee Claim Number:11 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 15283 | Court Claim Number: | ACCOUNT NO.: 4866 |
| | CLAIM: 0.00 | |
| WILMINGTON, DE 19850-5283 | COMMENT: | |
| **CREDIT ONE BANK** | Trustee Claim Number:12 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 98872 | Court Claim Number: | ACCOUNT NO.: 4319 |
| | CLAIM: 0.00 | |
| LAS VEGAS, NV 89193-8872 | COMMENT: | |
| **ESCALLATE LLC** | Trustee Claim Number:13 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 4535 DRESSLER RD NW | Court Claim Number: | ACCOUNT NO.: 3839 |
| | CLAIM: 0.00 | |
| CANTON, OH 44718-2545 | COMMENT: | |
| **FINGERHUT** | Trustee Claim Number:14 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 6250 RIDGEWOOD ROAD | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| SAINT CLOUD, MN 56303 | COMMENT: NO$/SCH | |
| **FRICK HOSPITAL** | Trustee Claim Number:15 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 508 S CHURCH ST | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| MT PLEASANT, PA 15683 | COMMENT: NO$/SCH | |
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:16 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:4 | ACCOUNT NO.: 8025 |
| PO BOX 7317 | | |
| | CLAIM: 657.74 | |
| PHILADELPHIA, PA 19101-7317 | COMMENT: 2016*NO$~NO YRS~NTC ONLY/SCH | |
| **LUBBOCK HEART AND SURGICAL HOSPITAL** | Trustee Claim Number:17 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 4810 N LOOP 289 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| LUBBOCK, TX 79416 | COMMENT: NO$/SCH | |
| **MERRICK BANK** | Trustee Claim Number:18 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS** | Court Claim Number:1 | ACCOUNT NO.: 6244 |
| POB 10368 | | |
| | CLAIM: 960.49 | |
| GREENVILLE, SC 29603-0368 | COMMENT: X4919/SCH | |
| **NORTHWEST CONSUMER DISCOUNT CO**** | Trustee Claim Number:19 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 100 LIBERTY ST | Court Claim Number: | ACCOUNT NO.: 6545 |
| PO BOX 337 | | |
| | CLAIM: 0.00 | |
| WARREN, PA 16365 | COMMENT: NT ADR/SCH | |
| **PA DEPARTMENT OF LABOR & INDUSTRY (OFFI** | Trustee Claim Number:20 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| UI PAYMENT SERVICES (INDV UC OP) | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 67503 | | |
| | CLAIM: 0.00 | |
| HARRISBURG, PA 17106-7503 | COMMENT: OVERPAYMENT/SCH | |

CLAIM RECORDS

**PNC BANK NA** | Trustee Claim Number:21 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
PO BOX 94982 | Court Claim Number: | ACCOUNT NO.:
CLAIM: 0.00
CLEVELAND, OH 44101 | COMMENT: NT ADR~NO$/SCH

**PRA/PORTFOLIO RECOVERY ASSOCIATES** | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
POB 41067 | Court Claim Number: | ACCOUNT NO.: 4411
CLAIM: 0.00
NORFOLK, VA 23541-1067 | COMMENT: NO$~NTC ONLY/SCH

**PROFESSIONAL ACCOUNT MGMNT** | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
633 W WISCONSIN AVE | Court Claim Number: | ACCOUNT NO.: 1638
CLAIM: 0.00
MILWAUKEE, WI 53203 | COMMENT: NT ADR/SCH

**SYNCHRONY BANK**** | Trustee Claim Number:24 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 8279
PO BOX 41021
CLAIM: 0.00
NORFOLK, VA 23541 | COMMENT: NT ADR~CARE CREDIT/SCH

**WEBBANK-FINGERHUT** | Trustee Claim Number:25 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
6250 RIDGEWOOD RD | Court Claim Number: | ACCOUNT NO.: 1370
CLAIM: 0.00
ST CLOUD, MN 56303 | COMMENT:

**WESTLAKE FINANCIAL SERVICES(*)** | Trustee Claim Number:26 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
4751 WILSHIRE BLVD STE 100 | Court Claim Number: | ACCOUNT NO.:
CLAIM: 0.00
LOS ANGELES, CA 90010 | COMMENT: NO$~NTC ONLY/SCH

**INTERNAL REVENUE SERVICE*** | Trustee Claim Number:27 INT %: 0.00% | CRED DESC: PRIORITY CREDITOR
CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:4 | ACCOUNT NO.: 8025
PO BOX 7317
CLAIM: 882.67
PHILADELPHIA, PA 19101-7317 | COMMENT: CL4GOV*17-18*NO PRI/SCH-PL

**US BANK TRUST NA - OWNER TRUSTEE ET AL** | Trustee Claim Number:28 INT %: 0.00% | CRED DESC: MORTGAGE ARR.
C/O FAY SERVICING LLC(*) | Court Claim Number:7 | ACCOUNT NO.: 1312
PO BOX 814609
CLAIM: 19,660.41
DALLAS, TX 75381-4609 | COMMENT: RS/COE~COE*$CL-PL*THRU 10/22

**VERIZON BY AMERICAN INFOSOURCE - AGENT** | Trustee Claim Number:29 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
PO BOX 661380 | Court Claim Number:5 | ACCOUNT NO.: 0001
CLAIM: 116.02
DALLAS, TX 75266-1380 | COMMENT: NT/SCH*CHRGD OFF 2/24/20

**PORTFOLIO RECOVERY ASSOCIATES LLC** | Trustee Claim Number:30 INT %: 0.00% | CRED DESC: VEHICLE
PO BOX 12914 | Court Claim Number:6-2 | ACCOUNT NO.: 1163
CLAIM: 0.00
NORFOLK, VA 23541 | COMMENT: SURR/CONF*RS/OE*NT/SCH-PL*W/31*AMD CL=0

**CLAIM RECORDS**

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES LLC** | Trustee Claim Number:31 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:6-2 | ACCOUNT NO.: 1163 |
| | CLAIM: 8,065.02 | |
| NORFOLK, VA 23541 | COMMENT: RS/OE @ CID 30*DFNCY*AMD | |
| **BROCK & SCOTT PLLC*** | Trustee Claim Number:32 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 3825 FORRESTGATE DR | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| WINSTON SALEM, NC 27103 | COMMENT: WESTLAKE/PRAE | |
| **AUTO TRAKK LLC** | Trustee Claim Number:33 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 342 FAIRFIELD RD | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| MONTOURSVILLE, PA 17754 | COMMENT: | |
| **MICHAELS AUTO SALES INC** | Trustee Claim Number:34 INT %: 0.00% | CRED DESC: Post Petition Claim (1305) |
| C/O LHPH CAPITAL | Court Claim Number: | ACCOUNT NO.: 2409 |
| 2239 E ROY FURMAN HWY | | |
| | CLAIM: 0.00 | |
| CARMICHAELS, PA 15320 | COMMENT: PMT/PL*448.51 X (35 REM+2)=LMT*BGN 12/24 | |
| **CREDIT ACCEPTANCE CORP*** | Trustee Claim Number:35 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ATTN: BANKRUPTCY DEPT* | Court Claim Number:2-2 | ACCOUNT NO.: 1043 |
| 25505 W 12 MILE RD STE 3000* | | |
| | CLAIM: 11,050.39 | |
| SOUTHFIELD, MI 48034-8339 | COMMENT: DFNCY*AMD*SURR@3 | |